```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/9/13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X

MI-KYUNG CHO,                          :

                Plaintiff,     :     10 Civ. 3785 (HBP)

   -against-                          :     OPINION
                                                  AND ORDER
YOUNG BIN CAFÉ, et al.,                :

                Defendants.    :

-----------------------------------X

        PITMAN, United States Magistrate Judge:

        By notice of motion dated December 19, 2012 (Docket Item 71), Michael S. Kimm, Esq. moves to withdraw as counsel for plaintiff. The motion is granted without opposition and Mr. Kimm is relieved as counsel for plaintiff.

Dated:  New York, New York
       September 9, 2013

                                    SO ORDERED

                                    _____
                                    HENRY PITMAN
                                    United States Magistrate Judge

Copies transmitted to:

Michael S. Kimm, Esq.
Kimm Law Firm
33 Sylvan Avenue
Suite 106
Englewood Cliffs, New Jersey  07632

Richard T. Sules, Esq.
Stockschlaeder, McDonald & Sules, P.C.
161 William Street, 19th Floor
New York, New York  10038

Sidney A. Weisberg, Esq.
Weisberg & Weisberg
98 Cuttermill Road
Great Neck, New York  11021